AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| GEICO INDEMNITY COMPANY<br><br>*Plaintiff(s)*<br>v.<br>CHRISTYNE PRIDE, as Personal Representative of the Estate of BRITTANY STRICKLAND, MARIBEL RIVERA, CYRUS BERNARD, and THOMAS GORDON<br>*Defendant(s)* | Civil Action No. 8:20-cv-02193-T-02AAS |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  CHRISTYNE PRIDE, as Personal Representative of the Estate of BRITTANY STRICKLAND
305 E. Belmar Street
Lakeland, Florida 33803

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

B. Richard Young, Esq., bryoung@flalawyer.net; Jordan M. Thompson, Esq., jthompson@flalawyer.net ;David Angley, Esq., dangley@flalawyer.net
Young, Bill, Boles, Palmer, Duke & Thompson, P.A.
401 E. Jackson St., Suite 2950, Tampa, Florida 33602
T: (813) 603-3006; F: (813) 603-3011

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*



Date: **Sep 17, 2020**

*Signature of Clerk or Deputy Clerk*

Civil Action No. 8:20-cv-02193-T-02AAS

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

❐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Middle District of Florida

| | | |
|---|---|---|
| GEICO INDEMNITY COMPANY<br><br>*Plaintiff(s)*<br>v.<br>CHRISTYNE PRIDE, as Personal Representative of the Estate of BRITTANY STRICKLAND, MARIBEL RIVERA, CYRUS BERNARD, and THOMAS GORDON<br>*Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No.  8:20-cv-02193-T-02AAS |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  MARIBEL RIVERA
9244 Kilber Drive
Winter Haven, Florida 33884-4825
or
724 6th St. NW, Apt. 2
Winter Haven, Florida 33881

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
B. Richard Young, Esq., bryoung@flalawyer.net; Jordan M. Thompson, Esq., jthompson@flalawyer.net ;David Angley, Esq., dangley@flalawyer.net
Young, Bill, Boles, Palmer, Duke & Thompson, P.A.
401 E. Jackson St., Suite 2950, Tampa, Florida 33602
T: (813) 603-3006; F: (813) 603-3011

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*



*ChristineHarris*

Date: **Sep 17, 2020**

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 8:20-cv-02193-T-02AAS

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Middle District of Florida

| | |
|---|---|
| GEICO INDEMNITY COMPANY <br><br> *Plaintiff(s)* <br> v. <br> CHRISTYNE PRIDE, as Personal Representative of the Estate of BRITTANY STRICKLAND, MARIBEL RIVERA, CYRUS BERNARD, and THOMAS GORDON <br> *Defendant(s)* | Civil Action No. 8:20-cv-02193-T-02AAS |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* CYRUS BERNARD
9244 Kilber Drive
Winter Haven, Florida 33884-4825
or
724 6th St. NW, Apt. 2
Winter Haven, Florida 33881

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> B. Richard Young, Esq., bryoung@flalawyer.net; Jordan M. Thompson, Esq.,
> jthompson@flalawyer.net ;David Angley, Esq., dangley@flalawyer.net
> Young, Bill, Boles, Palmer, Duke & Thompson, P.A.
> 401 E. Jackson St., Suite 2950, Tampa, Florida 33602
> T: (813) 603-3006; F: (813) 603-3011

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*



Date: **Sep 17, 2020**

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 8:20-cv-02193-T-02AAS

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

❐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Middle District of Florida

| | |
|---|---|
| GEICO INDEMNITY COMPANY<br><br>*Plaintiff(s)*<br>v.<br>CHRISTYNE PRIDE, as Personal Representative of the Estate of BRITTANY STRICKLAND, MARIBEL RIVERA, CYRUS BERNARD, and THOMAS GORDON<br>*Defendant(s)* | Civil Action No.  8:20-cv-02193-T-02AAS |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  THOMAS GORDON
814 Lake Ned Road
Winter Haven, Florida 33884

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
B. Richard Young, Esq., bryoung@flalawyer.net; Jordan M. Thompson, Esq., jthompson@flalawyer.net ;David Angley, Esq., dangley@flalawyer.net
Young, Bill, Boles, Palmer, Duke & Thompson, P.A.
401 E. Jackson St., Suite 2950, Tampa, Florida 33602
T: (813) 603-3006; F: (813) 603-3011

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*CLERK OF COURT*

*ChristineHarris*

Date:  **Sep 17, 2020**

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 8:20-cv-02193-T-02AAS

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❒ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

❒ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: